UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK SHAWNTE ALLEN, | ) | NO. CV 14-888-R (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| CONNIE GIPSON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 19, 2014

_____
MANUEL L. REAL
United States District Judge